**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7407**

---

CHARLIE BRINKLEY,

Plaintiff - Appellant,

versus

CORRECTIONAL OFFICER SMITH; CORRECTIONAL OFFI-
CER PERRY; CORRECTIONAL OFFICER TAYLOR; JOSEPH
LOFTON,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. W. Earl Britt, District
Judge. (CA-95-709)

---

Submitted: January 18, 1996      Decided: February 5, 1996

---

Before HAMILTON and LUTTIG, Circuit Judges, and CHAPMAN, Senior
Circuit Judge.

---

Affirmed as modified by unpublished per curiam opinion.

---

Charlie Brinkley, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing his 42 U.S.C. § 1983 (1988) action as frivolous under 28 U.S.C. § 1915(d) (1988). Appellant alleged physical mutilation and deprivation of personal property. Because Appellant may be able to particularize his complaint to state a non-frivolous claim, see Coleman v. Peyton, 340 F.2d 603, 604 (4th Cir. 1965), we modify the district court's order to reflect that the dismissal is without prejudice and affirm that disposition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

AFFIRMED AS MODIFIED